UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Kevin Zimmerman,

    Plaintiff

    v.

Einstein and Noah Corp.,

    Defendant

Case No.: 2:17-cv-0796-JAD-VCF

**Transfer Order**

As stated in the Omnibus Transfer Order [ECF No. 3],[1] the district judges of the District of Nevada have ordered that each of Plaintiff Kevin Zimmerman's ADA cases be transferred to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings. Accordingly, **IT IS ORDERED that:**

(1) The Clerk of the Court is directed to TRANSFER this case to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings; and

(2) All future filings in this action must reference the Case No. 2:17-cv-0796-GMN-GWF."

DATED: March 30, 2017

                                             _____
                                             JENNIFER A. DORSEY
                                             UNITED STATES DISTRICT JUDGE

---

[1] Originally filed in 2:17-cv-0305 (ECF No. 7).