# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, ) <br> Plaintiff, ) <br> vs. ) <br> EINSTEIN AND NOAH, CORP., ) <br> Defendant. ) | Case No. 2:17-cv-00796-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on Defendant's Motion to Extend Discovery Deadline (ECF No. 30), filed on January 8, 2018. To date, Plaintiff has not filed an opposition to this motion and the time for opposition has now expired.[1]

Defendant requests that the discovery deadline be extended by a period of 60 days so that the parties can complete all necessary discovery. This request is based on the State of Nevada's motion to consolidate, which is pending in *Zimmerman v. GJS Group, Inc.*, 2:17-cv-00304-GMN-GWF, as well as Plaintiff's failure to file an amended complaint despite obtaining leave to do so. The Court finds that good cause exists to warrant the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Discovery Deadline (ECF No. 30) is **granted**. The last date to complete discovery shall be **March 30, 2018**.

DATED this 18th day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] Pursuant to Local Rule 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."