1   Kelly H. Dove
    Nevada Bar No. 10569
2   Michael Paretti
    Nevada Bar No. 13926
3   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
4   Las Vegas, Nevada 89169
    Telephone: 702.784.5200
5   Facsimile: 702.784.5252
    Email: kdove@swlaw.com
6           mparetti@swlaw.com

7   *Attorneys for Defendant Einstein and Noah Corp. DBA
    Einstein Bros Bagels*

8

# UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

11   Kevin Zimmerman, an individual,      | Case No. 2:17-cv-00796-GMN-GWF

12                     Plaintiff,

        vs.                              | **JOINT STIPULATION OF**
13                                         **DISMISSAL WITH PREJUDICE**

     Einstein and Noah Corp.,
14
                      Defendant.
15

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Plaintiff, Kevin Zimmerman, and Defendant, Einstein and Noah Corp., all parties to this action, by counsel, hereby stipulate to the dismissal of all claims in this cause of action and this action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Dated: April 2 6, 2018

THE WILCHER FIRM

/s/
Whitney C. Wilcher (NV Bar No. 7212)
8465 West Sahara Avenue, Suite 111-236
Las Vegas, NV 89117
*Attorney for Plaintiff Kevin Zimmerman*

Dated: April 30, 2018

SNELL & WILMER L.L.P.

*/s/ Michael Paretti*
Kelly H. Dove (NV Bar No. 1056)
Michael Paretti (NV Bar No. 13926)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Einstein and Noah Corp.*

## ORDER

**IT IS SO ORDERED.**

**DATED this** 4 **day of May, 2018.**

4826-1899-2995

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT